# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Angelo Scott

Plaintiff

v.

Sherburne County Court

Defendants

Case No. Civil 01-1714 PAM/ESS

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Plaintiff's application for leave to proceed without prepayment of fees be denied. This action be summarily dismissed. Plaintiff be required to pay the unpaid balance of the court filing fee, namely the full $150. This action be dismissed on the grounds that it is frivolous, malicious or fails to state a claim on which relief may be granted.

DATE: November 6, 2001

RICHARD D. SLETTEN, CLERK

Victoria Moralez, Deputy Clerk